salvador:arteaga-aragon
65989112
c/o MDC-Los Angeles
P.O. Box 1500
Los Angeles, CA 90052

NO FEE

33

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
       Plaintiff,
VS.

SALVADOR ARTEAGA ARAGON,
       Defendant.

CR No. 16CR00808
MOTION FOR RETURN OF
SEIZED PROPERTY

LA18CV00678-JAK

## Relief Sought

Comes now the Defendant SALVADOR ARTEAGA ARAGON, by and through it's agent, salvador:arteaga-aragon moves this court for an order that certain property seized from him be returned to him.

## Grounds for Relief

Defendant SALVADOR ARTEAGA ARAGON asserts that he is the owner of the property that is listed in the schedule attached to and incorporated in this motion as Exhibit A. This property was seized from the Defendant SALVADOR ARTEAGA ARAGON on January 18th 2017 at approx 1700 HRS at the premises known as MDC-Los Angeles, 535 N Almeda St, Los Angeles, CA 90012 in the Central District of California. The seizure of this property was unlawful because the property was seized against petitioner's will, without a search warrant, from his person, with no pretense of any exigent circumstances in violation of the Fourth Amandment of the Constitution for the united States of America. The Defendant believes the items listed in the schedule were stolen from him and were never intended to be used against the Defendant in his trial proceedings. The facts supporting these claims are set forth in the Affidavit of salvador:arteaga-aragon which is attached to and incorporated in this motion as Exhibit B.

   Pursuant to the rule adopted by the courts of the United States to protect the Fourth Amendment rights of the defendant and persons similary situated, the defendant is entitled to have the property listed in the attached schedule because the defendant is entitled to lawful possession of the property, and because the government has no legitimate need for this property. The property should be returned to the defendant according to the procedures specified in Rule <u>41</u>(g) of the Federal Rules of Criminal Procedure.

Executed under signature and seal
this 12th day of December

Salvador Arteaga Aragon
salvador:arteaga-aragon (agent)

page 1of1

Exhibit B

34

## Affidavit of salvador:arteaga-aragon
## regarding stolen property

I, salvador:arteaga-aragon, am over the age of 21 years and competent to testify if called upon, solemnly affirm that the statements in my forgoing "Affidavit of salvador:arteaga-aragon regarding stolen property", are made as of my own personal, first-hand, actual knowledge and are true, complete, and not misleading under penalty of perjury.

On January 18th 2017 between the hours of 1200 and 1800 Special Agents Sarah Corcoran, Jeremy Stebbins, Heather Williamson, Rochelle Cup Choy and Special Agent Alker, knowingly and willingly, illeagly searched my person and seized my property by means of theft. I had $5065.00 in federal reserve notes in a satchel bag that was stolen from me and when I approached Special Agent Sarah Corcoran with a reciept from Ford Dealership (attached to and incorporated herein as Exhibit B(1)) showing the money was used lawfully and legally for a down payment on a truck I was going to buy, Special Agent Corcoran told me that the money would be placed in my property at the detention center I was being transported to. I watched as the money and 2 of my phones (Iphone 6 plus, and Samsung Galaxy) were placed into what appeared to be an evidence bad. Upon arrival to MDC-Los Angeles located at 535 N Almeda St, Los Angeles, CA an inspection of my property showed that my money was missing along with my phones. I was told that the items given to property were the only items delivered with my person. As evidenced by "INMATE PERSONAL PROPERTY RECORD" attached to and incorporated herein as Exhibit B(2).

Executed under signature and
seal this 12th day of November
2017

Salvador: Arteaga - Aragon
salvador:arteaga-aragon (agent)

| CHECK | VENDOR | VENDOR NAME | | | | CHECK DATE |
|---|---|---|---|---|---|---|
| 27142 | | SALVADOR ARTEAGA | | | | 12/29/2016 |
| ACCOUNT | CONTROL # | REFERENCE # | AMOUNT | INVOICE # | DESCRIPTION | |
| 1001 | 27142 | 27142 | 3500.00CR | | ARTEAGA, SALVADOR | |
| 1110 | 5479 | 27142 | 3500.00 | | RETURN DOWNPAYMENT 5479 | |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group (800)945-1026

19201   8_MCBW_A2

ROBINSON FORD
1777 N. Imperial Ave.
Calexico, CA 92231



1777 North Imperial Ave
Calexico, CA 92231
(760) 357-3141
Fax: (760) 357-1075
www.robinsonford.net

RABOBANK
P.O. BOX 1845
EL CENTRO, CA 92244-1845
90-3824/1222

| DATE | CHECK |
|---|---|
| 12/29/2016 | 27142 |

| AMOUNT |
|---|
| $ 3,500.00 |

Pay  Three Thousand, Five Hundred Dollars and no/Cents

TO THE ORDER OF   SALVADOR ARTEAGA

\* *Accounting Copy* \*
*NON-NEGOTIABLE*

Issued By: GINA DOMINGUEZ
Issue Date: 12/29/16

J.B. Critchley, Inc.  
P.O. BOX 947  
KINGSBURG CA 93631

Employee: SALVADOR ARTEAGA ARAGON  
Id: 1386   SSN: - -   Crew:  
ARN: 096-563-111   EIN: 77-0268432  
FROM: 9/11/16 TO: 9/24/16

Check: 905805   **905805**  
Ck Dt: Oct 01, 2016  
From: Sep 11, 2016  Thru: Sep 24, 2016

| Date | Type | Hours | Pieces | Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|
|  | HOURLY. | 154.30 |  | 10.00 |  | 1,543.00 |
| Totals: |  |  |  |  | .00 | 1,543.00 |

Vacation: Acrd: .00  Tkn: .00  Bal: .00   Sick: .00

|  | Hours | Gross | Other Pay | Fed W/H | Soc Sec | Medi | St W/H | St/Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period: | 154.30 | 1,543.00 | .00 | 59.11 | 95.67 | 22.37 | 2.01 | 13.89 | .00 | 1,349.95 |
| YTD: | 154.30 | 1,543.00 | .00 | 59.11 | 95.67 | 22.37 | 2.01 | 13.89 |  |  |

---

J.B. Critchley, Inc.  
P.O. BOX 947  
KINGSBURG CA 93631

Employee: SALVADOR ARTEAGA ARAGON  
Id: 1386   SSN: - -   Crew:  
ARN: 096-563-111   EIN: 77-0268432  
FROM:11/06/16 TO:11/19/16

Check: 906229   **906229**  
Ck Dt: Nov 23, 2016  
From: Nov 06, 2016  Thru: Nov 19, 2016

| Date | Type | Hours | Pieces | Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|
|  | BONUS. |  |  |  |  | 296.21 |
|  | HOURLY. | 119.70 |  | 10.00 |  | 1,197.00 |
|  | NON PRODUCTIVE | 1.80 |  | 12.66 |  | 22.79 |
|  | CHILD SUPPORT |  |  |  | 272.30 |  |
| Totals: |  |  |  |  | 272.30 | 1,516.00 |

Vacation: Acrd: .00  Tkn: .00  Bal: .00   Sick: .00

|  | Hours | Gross | Other Pay | Fed W/H | Soc Sec | Medi | St W/H | St/Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period: | 119.70 | 1,197.00 | 319.00 | 56.41 | 94.00 | 21.99 | 1.42 | 13.64 | 272.30 | 1,056.24 |
| YTD: | 634.50 | 6,258.00 | 1,544.50 | 289.54 | 483.76 | 113.14 | 9.09 | 70.23 |  |  |

---

J.B. Critchley, Inc.  
P.O. BOX 947  
KINGSBURG CA 93631

Employee: SALVADOR ARTEAGA ARAGON  
Id: 1386   SSN: - -   Crew:  
ARN: 096-563-111   EIN: 77-0268432  
FROM:11/20/16 TO:12/03/16

Check: 906709   **906709**  
Ck Dt: Dec 10, 2016  
From: Nov 20, 2016  Thru: Dec 03, 2016

| Date | Type | Hours | Pieces | Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|
|  | BONUS. |  |  |  |  | 330.45 |
|  | HOURLY. | 79.70 |  | 10.00 |  | 797.00 |
|  | NON PRODUCTIVE | 1.80 |  | 14.47 |  | 26.05 |
|  | CHILD SUPPORT |  |  |  | 272.30 |  |
| Totals: |  |  |  |  | 272.30 | 1,153.50 |

Vacation: Acrd: .00  Tkn: .00  Bal: .00   Sick: .00

| BP-A383.058 | INMATE PERSONAL PROPERTY RECORD | CDFRM |
|---|---|---|
| SEP 05 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

Institution: _____  1. Name: _____
2. Register No: _____  3. Unit: _____  4. Date & Time of Inventory: _____
5. Purpose of Inventory (Check one that applies): Date and Time of Action: _____

a. ___ Admission  b. ___ Hospital  c. ___ Writ  d. ___ Transfer  e. ___ Detention
f. ___ Release  g. ___ Incoming Package  h. ___ Other (specify) _____

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

a. Personally Owned Items
- Batteries
- Belt
- Billfold
- Books, Reading hard ___ soft ___
- Books, Religious hard ___ Soft ___
- Brassiere
- Cap, Hat
- Coat
- Coins
- Comb
- Combination Lock
- Dress
- Driver's License
- Earplugs
- Eyeglass case
- Eyeglasses
- Gloves
- Hairbrush/Pick
- Handkerchief
- Jacket
- Jogging Suit
- Legal Materials
- Letters
- Magazines
- Mirror
- Nail Clippers
- Pant/Slacks
- Pen/Ballpoint
- Pencils
- Personal Papers
- Photo Album
- Photo

(continued)
- Plastic spoon, cup
- Playing Cards
- Purse
- Radio (w/earplug)
- Religious Medal
- Ring
- Shirt/Blouse
- Shoes
- Shoes, shower
- Shoes, Slippers
- Shoes, Tennis
- Shorts
- Skirt
- Slip
- Social Security Card
- Socks
- Socks, Athletic
- Stamps
- Stockings
- Sunglasses
- Sweater
- Sweat pant
- Sweat Shirt
- Trophy
- T-Shirts
- Underwear
- Watch/Watchband

b. Hygiene, etc.
- Dental Floss
- Dentures
- Deodorant
- Hair oil
- Noxema
- Powder
- Razor
- Shampoo
- Shaving lotion
- Skin lotion
- Soap dish
- Toothbrush
- Toothpaste

c. Hobby craft
# ___ Article ___ Disp.

d. Food/Tobacco items
- Chewing tobacco
- Snuff
- Coffeemate
- Cold drink mix, soda
- Fruit
- Honey, Hi-protein
- Instant chocolate
- Instant coffee

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
   Description of Property                                                   Value Alleged by Inmate

___ No individual item over $100.00

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____  Date: _____ Time: _____

I have today reviewed the property returned to me. _____
Signature of Inmate _____  Register # _____  Date _____  Time _____

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____  Date: _____ Time: _____

I have today reviewed the property returned to me. _____
Signature of Inmate _____  Register # _____  Date _____  Time _____

Original: Central File; Copy: Inmate, R&D, Special Housing
(This form may be replicated by WP)

Replaces of BP-S383 of AUG 94

PRINTED ON RECYCLED PAPER

USP LV1

Silverio Arteaga-Aragon
65989-112
DC Los Angeles CA
00053-Metropolitan
Detention Center
Los Angeles CA
PO Box 1500



7010 2780 0003 3022 9798



Judge John Kronstadt
Clerk of the Court
U.S. District Court House
312 N Spring St.
Los Angeles CA 90012

